In the Matter of GOULD REALTY Co., INC., et al., Appellants, against PAUL V. REUTERSHAN, as Deputy County Treasurer of the County of Suffolk, et al., Respondents.

Submitted September 30, 1940; decided October 8, 1940.

582

*William H. Robbins, F. Wells* and *Guy O. Walser* for motion.

*Charles H. Stoll* and *Morris Rochman* opposed.

Motion denied with leave to renew upon the argument.